THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* DONALD E. FANN, Defendant-Appellant.

(No. 74-44;

Second District (1st Division)—June 9, 1975.

Opinion by Mr. JUSTICE HALLETT.

Steven Helfer, Public Defender, of Oregon, for appellant.

Peter J. Woods, State's Attorney, of Oregon (James W. Jerz and Martin P. Moltz, both of Illinois State's Attorneys Association, of counsel), for the People.